**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| ELISA BOSONG KIM          ) | |
|                               ) | |
|     Plaintiff,    ) | |
|                               ) | |
| v.                    ) | Case No.: 1:22-cv-00427 (PTG/JFA) |
|                               ) | |
| AMUSEMENTS OF AMERICA, INC.,    ) | |
|                               ) | |
|     Defendant.    ) | |

**PLAINTIFF'S RULE 26(a)(3) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiff, by counsel, hereby serves her witness and exhibit lists on Defendant. Included are names of witnesses whom Plaintiff expects to call, names of witnesses whose testimony Plaintiff expects to present by video/deposition, and an identification of each exhibit Plaintiff expects to offer.

**WITNESSES**

Expect to call:

Elisa Bosong Kim
12486 Cavalier Dr.
Woodbridge, VA  22192
(202) 997-2690

Asheesh Gupta, M.D.
Centers for Advanced Orthopaedics
14605 Potomac Branch Dr.
Suite 300
Woodbridge, VA  22191
(703) 490-1112

Eric Kross
205 Marble Run
Williamsburg, VA  23185
(757) 903-5234

Lauren MacDonald
7707 Silo Mill Ct.
Manassas VA 20112
(954) 695-6385

May call if need arises:

Any witnesses identified or called by Defendant and not objected to by Plaintiff.

Expect to present by video/deposition:

Asheesh Gupta, M.D.
Centers for Advanced Orthopaedics
14605 Potomac Branch Dr.
Suite 300
Woodbridge, VA  22191
(703) 490-1112

## **EXHIBITS**

Expect to offer:

1-9     Photographs of subject amusement ride taken by Plaintiff on evening of accident

10- 17  Photographs of Plaintiff's body taken by Plaintiff on evening of accident

18-24   Photographs of amusement ride vehicles found on pages 1, 3, and 4 of Defense expert Hoffman's September 8, 2022 report

25      Business card of Kellie House

26      The bill for services from Sentara No. Va. Med. Ctr

27      The bill for services from Centers for Adv. Ortho/No. Va. Ortho & Spine Care

28      The bill for services from PT Solutions

29      The bill for services from Potomac View Surgery Center

30      The bill for services from Capitol Anesthesia Associates

31      Dr. Gupta's curriculum vitae

32      The video of Dr. Gupta's testimony

33      The transcript of Dr. Gupta's testimony

34      Va. Code § 8.01-419-Table of life expectancy

<u>May offer if the need arises</u>:

Any exhibits identified or offered by Defendant and not objected to by Plaintiff.

                                            ELISA BOSONG KIM
                                            By Counsel

*/s/ Craig A. Brown*
Craig A. Brown (Va. Bar No. 29385)
The Law Office of Craig A. Brown, PLLC
9300 Grant Ave., Suite 101
Manassas, VA  20110
(703) 382-6869
(703) 382-8007 (facsimile)
cbrowninjurylawyer@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 18, 2022, I served a true and accurate copy of the foregoing via electronic mail to:

                Jason R. Waters, Esq.
                Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
                8444 Westpark Drive, Suite 510
                McLean, Virginia 22102
                jason.waters@wilsonelser.com
                *Counsel for Defendant*

                                     */s/ Craig A. Brown*
                                     Craig A. Brown