## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| **Elisa Bo Kim,** | | |
|---|---|---|
| | Plaintiff, | |
| v. | | **TELEPHONIC** |
| | | **FINAL PRETRIAL CONFERENCE** |
| **Amusements of America, Inc.,** | | **Case No. 1:22cv427-PTG-JFA** |
| | Defendant. | |

| HONORABLE PATRICIA TOLLIVER GILES presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Paulina Miller | Hearing Began: | 10:10 a.m. |
| Proceeding Held: 10/19/2022 | Hearing Ended: | 10:15 a.m. (00:05) |

**Appearances:**

| **Plaintiff:** | Craig Brown |
|---|---|
| | |
| **Defendant:** | Jason Waters |

Counsel for plaintiff and defendant enter their appearance.

Parties advise the Court of case status.

Court encourages parties to contact Judge Anderson's chambers re: Settlement Conference.

Case set for Trial by **JURY: TUESDAY, FEBRUARY 7, 2023 @ 10:00 a.m. (2 days)**